UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WAYNE ANNABEL, II,

        Plaintiff,                                        Case No. 1:09-cv-176

v.                                                          Hon. Janet T. Neff

PATRICIA CARUSO, et al.,

        Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 8, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. #3) is **DENIED** for the reasons stated in the Report and Recommendation.


DATED: June 30, 2009                                    /s/Janet T. Neff
                                                                 Janet T. Neff
                                                                 United States District Judge