UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

ROBERT ANNABEL,

    Plaintiff,                                      Case No. 1:09-cv-176

v.                                                   Hon. Janet T. Neff

PATRICIA CARUSO, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 44), filed May 14, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt. 33) is **DENIED**.

Dated: June 17, 2010                                     /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            UNITED STATES DISTRICT JUDGE