UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT WAYNE ANNABEL, II,

       Plaintiff,                           Case No. 1:09-cv-176

v.                                                HON. JANET T. NEFF

PATRICIA CARUSO et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed November 29, 2011, by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 154) is APPROVED and ADOPTED as the opinion of the court.

       **IT IS FURTHER ORDERED** that Plaintiff's Fourth Motion for Preliminary Injunction (Dkt 120) is DENIED for the reasons stated in the Report and Recommendation.

Dated: December 22, 2011                          /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 UNITED STATES DISTRICT JUDGE